IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                                        Case No. 3:05cv433/LAC/EMT

GERALD ABDUL-WASI,
    Defendant.

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 30, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $250.00 filing fee in its entirety.

3. All pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** this 13th day of December, 2005.

                                                                _s/L.A. Collier_
                                                                 **LACEY A. COLLIER**
                                                                 **SENIOR UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/RV/MD*